```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


------------------------------------
ISABELL HAAGEN RAIA,

             Petitioner,                   CIVIL NO. 11-3374WJM

v.                                         ORDER

OSCAR AVILES, Chief of Corrections,
Hudson County Department of Corrections,
CHRISTOPHER SHANAHAN, New York Field
Office Director, Office of Detention and
Removal, U.S. Immigration and Customs
Enforcement, et al

             Respondents.
------------------------------------
```

A Petition for Writ of Habeas Corpus pursuant to 28:2241 having been filed in the above matter,

It is on this 1st day of July, 2011

**ORDERED** that the Clerk of the Court shall serve copies of the Petition, this Order, and all other documents docketed in this matter upon Respondents by certified mail, return receipt requested, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of the Court shall forward, electronically or by regular mail, a copy of the Petition,

this Order, and all other documents docketed in this matter to the Chief, Civil Division, United States Attorney's Office, 970 Broad Street, Room 700, Newark, NJ 07102;

**ORDERED** that, on or before August 15, 2011 Respondent(s) file and serve an answer which responds to the allegations of the Petition paragraph by paragraph; and it is further

**ORDERED** that Respondent(s) shall file with the answer certified copies of the administrative record and all documents relating to Petitioner's claim; and it is further

**ORDERED** that, within 30 days of receipt of the answer, Petitioner may file and serve a reply to the answer; and it is finally

**ORDERED** that no document or writing submitted by or on behalf of a party will be considered by the Court unless same is filed with the Clerk in accordance with the Federal Rules of Civil Procedure.

                                               s/William J. Martini

                                       _____
                                       WILLIAM J. MARTINI, U.S.D.J.